# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
DOMINIQUE MONTREL HOWSE  
6535 PREMIER DR APT F5  
NASHVILLE, TN  37209

Case No.18-00736-CW3-13  
JUDGE CHARLES M WALKER

SSN XXX-XX-4002

## TRUSTEE'S NOTICE OF DIRECT PAY ORDER

     HENRY E. HILDEBRAND, III, Standing Trustee for Chapter 13 matters in the Middle District Of Tennessee, hereby provides notice that the trustee has received information that the source of the debtor's income has changed. The source of payments to the trustee should be the debtor paying directly pending a subsequent notice.

Respectfully Submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX:  615-242-3241  
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid to:  
DOMINIQUE MONTREL HOWSE, 6535 Premier Dr Apt F5, Nashville, TN  37209;

Email by Electronic Case Noticing to:  
ADRIENNE TRAMMELL LOVE, Debtor's counsel

on this 12th day of March, 2018.

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
Chapter 13 Trustee