GRD

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                          Case No. **18-00736-CW3-13**

**DOMINIQUE MONTREL HOWSE**        Judge:     **CHARLES M WALKER**

CONFIRMATION HEARING DATE: **May 09, 2018**

TIME OF HEARING: **8:30 AM**

SSN XXX-XX-4002

### TRUSTEE'S MOTION AND REQUEST FOR A HEARING ON CONFIRMATION

       The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above-styled case for a confirmation hearing, and for cause therefore would state:

       **The Trustee objects to confirmation.**

       **The Debtor has not complied with 11USC § 1326(a)(1).**

       **The Debtor failed to remain for the discharge video presentation.**

As grounds for such request, the Trustee would state:

**The debtor is behind by four payments.**

 

                                                                             Respectfully Submitted,

Printed:     04/23/2018                              /s/ Henry E. Hildebrand, III  
                                                                              HENRY E. HILDEBRAND, III  
cc:   Debtor(s)                                          CHAPTER 13 TRUSTEE  
      Debtor(s) Attorney                          P O BOX 340019  
      Objecting Creditor                        NASHVILLE, TN 37203  
                                                                              615-244-1101  
                                                                              pleadings@ch13nsh.com